# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20622-UNGARO

UNITED STATES OF AMERICA

vs.

ALDO MARCHENA,

      Defendant.

_____/

## FACTUAL PROFFER

If this case had gone to trial, the United States would have proven beyond a reasonable doubt that MARCHENA unlawfully enriched himself and others by obtaining money from Victim 1 to safe-keep and invest for Victim 1, for the benefit of Victim 1 and his son, Victim 2. After obtaining money from Victim 1, MARCHENA and falsely and fraudulently represented in financial statements an increasing balance of funds, when in truth and fact MARCHENA was laundering the funds through shell company bank accounts that MARCHENA controlled, and using the funds for his own benefit and the benefit of others.

Sometime between 2004 and 2008, Victim 1 met MARCHENA through a mutual friend. MARCHENA worked at Wells Fargo Bank as an assets manager. As a result of their meeting, Victim 1 hired MARCHENA and gave him approximately $500,000 to hold and invest in an account for his son, Victim 2, while he was in school in Miami.

During their professional relationship, Victim 1 believed MARCHENA was acting in his best interest and was investing his money. Victim 1 knew that MARCHENA left Wells Fargo at some point and moved Victim 1's account ton an Investment Brokers account ending in 4932 ("IB4932").

Throughout their professional relationship, Victim 1 was in communication with MARCHENA about his investment account. During those communications, Victim 1 never gave MARCHENA discretionary authority over his money.

During their professional relationship, MARCHENA provided Victim 1 with false and fraudulent account statements, purporting to be from Investment Brokers. However, the statements were sent from and created by MARCHENA. The statements represented that the balance in IB4932 was growing, when in truth and fact it was decreasing, as a result of MARCHENA's theft.

For instance, Victim 1 received a false and fraudulent statement from MARCHENA dated "October 3, 2016- October 13, 2016" for IB4932. The IB4932 statement reflected an account balance of approximately $1,052,946.46. The true IB4932 account balance from this time frame was approximately $160,288.84. In December of 2016, Victim 1 received a similar statement for IB4932, indicating that he had over one million dollars in the account, when in truth and fact, the account contained a little over $100,000.

In or around 2016, Victim 1 contacted MARCHENA and asked that MARCHENA wire Victim 1 approximately $300,000 from IB4932. MARCHENA told Victim 1 he could not get him the money immediately and that it would "take some time." At that point Victim 1 became suspicious and ultimately learned that MARCHENA had stolen approximately $1 million dollars from IB4932.

For instance, on or about January 4, 2017, MARCHENA transferred approximately $126,980 from IB4932, in the name of Victim 2, to a Wells0265, fraudulently in the name of Victim 1 and controlled by MARCHENA. This transaction caused a wire transmission from

2

Greenwich, Connecticut to the Southern District of Florida as was a wire in interstate commerce. Thereafter, on or about January 10, 2017, MARCHENA wired approximately $120,000 from Wells0265, to a Bank of America bank account ending in 7816, in the name of GREEN ROCK ENERGY, INC., controlled by MARCHENA. On that same day, MARCHENA transferred approximately $119,950 between the Bank of America account ending 7816 in the name of GREEN ROCK ENERGY, INC., to a Bank of America account ending in 7803 in the name of ACHIEVE GEA, LLC., controlled by MARCHENA.

The January 2017 transactions are three of many unauthorized transactions. The facts presented in this factual proffer are not all of the facts known to the United States nor are they all of the facts the United States would have presented, had this case proceeded to trial.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 4/29/2020         By: _____
                        BROOKE C. WATSON
                        ASSISTANT UNITED STATES ATTORNEY

Date: 3/6/2020          By: _____
                        DAVID TARRAS
                        ATTORNEY FOR DEFENDANT

Date: 3/6/2020          By: _____
                        ALDO MARCHENA
                        DEFENDANT

3